**No. 51176.**—Protests 719893–G, etc., of Rothenberger & Gallagher, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following Abstract 48269 it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.